474 A.2d 666

Commonwealth v. Abner, Appellant.

Submitted January 20, 1984.   Douglas M. Johnson, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.